## STATE OF CONNECTICUT *v.* TERRY EVANS
## (9311)
## (9312)

SPALLONE, O'CONNELL and CRETELLA, Js.

Argued June 7—decision released July 2, 1991

*Terry Evans,* pro se, the appellant (defendant).

*James A. Killen,* assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attor-

ney, and *Paul Murray,* senior assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.